**Order entered September 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00669-CV

## HOMEADVISOR, INC. AND ANGI HOMESERVICES INC., Appellants

## V.

## ZAK WADDELL AND ELIZABETH WADDELL, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06796**

## ORDER

Before the Court is appellees' September 20, 2019 motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 21, 2019.

Appellant's September 20, 2019 motion for emergency stay remains pending.

/s/     ERIN A. NOWELL
        JUSTICE